UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 25-____ |
| | : | |
| v. | : | |
| | : | |
| **MATTHEW HONG** | : | Violation: |
| | : | 18 U.S.C. § 1001 |
| Defendant. | : | (False Statements) |
| | : | |

## INFORMATION

The United States charges:

## COUNT ONE

At all times relevant to this Information, except as otherwise indicated:

1. From on or about April 12, 2020 through on or about July 28, 2023, defendant **MATTHEW HONG ("HONG")** was employed full-time as an economist at the Bureau of Labor Statistics ("BLS") within the U.S. Department of Labor. BLS was headquartered in Washington, D.C. and was an agency within the executive branch of the federal government. Beginning in or around June 2022, and while still employed at BLS, **HONG** began full-time employment at Company A, which was a global financial institution headquartered in New York City, as a Senior Associate in a group that analyzed and developed macroeconomic scenarios used in Company A's forecasting.

2. From in or around June 2022 through in or around July 2023, in the District of Columbia and elsewhere, **HONG**, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that **HONG** submitted false and fraudulent timesheets to BLS seeking compensation for sick leave. On at least 55 different occasions, **HONG** falsely represented to BLS that he was sick on a given workday and sought sick leave

-2-

compensation from BLS for that workday when, in truth and in fact, he was not sick but instead was working for Company A, which resulted in **HONG** receiving $13,316.18 in sick leave compensation from BLS.

**(False Statements in violation of Title 18, United States Code, Section 1001)**

| | |
|---|---|
| LORINDA I. LARYEA<br>Acting Chief, Fraud Section<br>Criminal Division<br>United States Department of Justice | EDWARD R. MARTIN, JR.<br>Acting United States Attorney |
| By: _/s/ Matthew F. Sullivan_<br>Matthew F. Sullivan<br>Trial Attorney<br>NYBN 4785952<br>1400 New York Avenue NW<br>Washington, DC 20530<br>(202) 578-6583<br>matthew.sullivan2@usdoj.gov | By: _/s/ Rami Sibay_<br>Rami Sibay<br>Special Assistant United States Attorney<br>VA 41897<br>601 D Street, NW<br>Washington, DC 20530<br>(240) 278-0562<br>rsibay@usdoj.gov |